```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF

    v.          CASE NO. 07CR20023

DEAN MARRONE, JR.                                     DEFENDANT

### O R D E R

On February 6, 2008, Defendant was sentenced to 5 years probation. Currently before the Court is a motion by Defendant to terminate his term of supervised probation (doc. 12). The Government is opposed to the motion.

Section 3564 of Title 18 of the United States Code governs early termination of a term of probation. The statute provides:

> The Court, after considering the factors set forth in section 3553(a)...may...terminate a term of probation previously ordered and discharge the defendant...at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

18 U.S.C. § 3564(c).

The Court takes note of the fact that Defendant has been diligent in complying with the terms of his probation. However, the Court feels that the benefits of probation to Defendant outweigh any burden upon him. After considering the factors set forth in 18 U.S.C. § 3553, the Court cannot find that termination of his probation is warranted. *See* 18 U.S.C. § 3564(c). Accordingly, Defendant's motion is hereby DENIED.

IT IS SO ORDERED this 14th day of December 2010.

                                               /s/ Robert T. Dawson
                                               HONORABLE ROBERT T. DAWSON
                                               UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)